

**SO ORDERED.**
**SIGNED this 20th day of October, 2016**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GARRY EDWARD KING and | § | No. 3:16-bk-32746-SHB |
| HOPE MOORE KING, | § | Chapter 11 |
| | § | |
| | § | |
| Debtor. | § | |

### ORDER APPROVING MAINTENANCE PAYMENTS FOR MORTGAGES ON REAL PROPERTY

Upon motion by the debtor, notice, hearing on same, and for good cause shown, it

is ORDERED that the debtor shall be permitted to pay maintenance payments on its

mortgages on real property as listed in the Motion.

# # #

_/s/Lynn Tarpy_____
Lynn Tarpy (006017)
Landmark Center North Tower
1111 N. Northshore Drive
Suite N-290
Knoxville, Tennessee 37919
(865) 588-1096