

**SO ORDERED.**
**SIGNED this 21st day of November, 2019**

_/s/ Suzanne H. Bauknight_
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § § | |
| GARRY EDWARD KING and HOPE MOORE KING, | § § § § | No. 3:16-bk-32746-SHB Chapter 11 |
| Debtors. | § § | |

### ORDER TO ADMINISTRATIVELY CLOSE CASE

Upon motion by the Debtors, the Fourth Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code dated September 23, 2019, having been confirmed by order entered on September 23, 2019, the Debtors having commenced distributions under the plan, and for good cause shown, it is **ORDERED** that this case be administratively closed without entry of discharge at this time. The case may be reopened upon motion of the Debtors for entry of discharge upon final consummation of the plan provisions without the requirement of paying a fee to do so. The United States Trustee shall be permitted to seek reopening of the case, without the need for

payment of any filing fee, to enforce the provisions of this Order or the Bankruptcy Code, including but not limited to, the filing of a motion to dismiss or convert the case for failure to comply with the provisions of this Order, the confirmed Plan of Reorganization, or any other applicable provisions of the Bankruptcy Code.

###

*s/ Lynn Tarpy*
Lynn Tarpy (006017)
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N. Northshore
Suite N-290
Knoxville, Tennessee 37919
865-588-1096